No. 97–9689. Rosenberg v. Montgomery County, Maryland, et al. C. A. D. C. Cir. Certiorari denied.

No. 97–9690. Casas, aka Casarez v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–9691. Brito v. United States. C. A. 5th Cir. Certiorari denied.

No. 97–9692. Bartel v. Eastern Airlines. C. A. 2d Cir. Certiorari denied.

No. 97–9693. Brown v. Johnson, Director, Texas Department of Criminal Justice, Institutional Division. C. A. 5th Cir. Certiorari denied.

No. 97–9694. Campbell v. California. Sup. Ct. Cal. Certiorari denied.

No. 98–1. Long et al. v. Firstrust Corp. C. A. 5th Cir. Certiorari denied.

No. 98–3. Mastronardi v. Ohio. Ct. App. Ohio, Erie County. Certiorari denied.

No. 98–5. Kimboko v. United States et al. C. A. 10th Cir. Certiorari denied.

No. 98–7. Grimes v. Vitalink Communications Corp. Sup. Ct. Del. Certiorari denied.

No. 98–8. Feldman et al. v. Morgan. C. A. 5th Cir. Certiorari denied.

No. 98–9. Emanuel et al., dba Salvation Disposal & Construction Co. v. J. M. Container Corp. Sup. Ct. N. H. Certiorari denied.

No. 98–12. Zimmer v. Naumann, Parish Council Chairperson, et al. Ct. App. Minn. Certiorari denied.

No. 98–13. Wagner v. TRW, Inc. C. A. 5th Cir. Certiorari denied.